August 1, 2006

Honorable Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing

Dear Judge Smith:

In response to the letter dated July 20, 2006 (copy attached), enclosed are three copies of the 2005 amended financial disclosure report. The financial disclosure report reflects the changes described in Part VII, page 6. line 36 and 39, page 8, line 70, and page 12, line 138.

Please do not hesitate to contact me if there are any other questions regarding this matter.

Sincerely



William J Martini



| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NJ REV RFDG SER B 5.45% 12/1/12 | | | | | OUT | | | | |
| 35. VENTNOR CITY NJ RFDG SER C 5.0% 10/1/16 | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 36. Pershing - CASH | | | | | BUY | 6/28 | J | | |
| 37. | | | | | TRANSFER OUT | 7/5 | J | | |
| 38. BROKERAGE ACCOUNT#5 | | | | | | | | | |
| 39. Charles Schwab - CASH | A | Interest | J | T | TRANSFER IN | 7/5 | J | | |
| 40. | | | | | TRANSFER OUT | 7/29 | J | | |
| 41. | | | | | TRANSFER OUT | 8/31 | J | | |
| 42. | | | | | TRANSFER OUT | 9/30 | J | | |
| 43. | | | | | TRANSFER OUT | 11/30 | J | | |
| 44. | | | | | TRANSFER OUT | 12/30 | J | | |
| 45. EDISON TWP NJ UT5% 1/1/06 DTD 12/1/93 | | None | J | T | TRANSFER IN | 7/5 | J | | |
| 46. LOWER TWP NJ FIRE DIST NO 3 BK QLIFD UT 6.85% 2/1/08 REG | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 47. MIDDLETOWN TWP NJ 5%10 GO UTX DUE 8/1/10 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 48. MONMOUTH CNTY NJ 5% 09 IMPT AUTH DUE 8/1/10 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 49. MONTVILLE TWP NJ FIRE DIST 5.65% 5/1/08 | A | Interest | | | TRANSFER IN | 7/5 | J | | |
| 50. | | | | | SELL | 11/21 | J | | |

RECEIVED Aug 8 10 58 AM '06 FINANCIAL OFFICE

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ISHARES TR RUSSELL 1000 GROWTH | A | Dividend | M | T | TRANSFER IN | 12/28 | M | | |
| 69. ISHARES TR MSCI EAFE FD | C | Dividend | M | T | TRANSFER IN | 12/28 | M | | |
| 70. Charles Schwab - CASH | A | Interest | K | T | TRANSFER IN | 12/28 | J | | |
| 71. IRA#2 | | | | | | | | | |
| 72. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 73. BANK AMER CORP NT | A | Interest | J | T | | | | | |
| 74. CITIGROUP INC GLOBAL NT 5.5% 8/9/06 | A | Interest | | | SELL | 7/26 | J | | |
| 75. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | A | Interest | | | SELL | 8/12 | J | | |
| 76. FORD MTR CR CO BLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | A | Interest | J | T | | | | | |
| 77. GENERAL DYNMAICS CORP DEB 3% 5/15/08 | A | Interest | J | T | | | | | |
| 78. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | A | Interest | J | T | | | | | |
| 79. | | | | | BUY | 1/7 | J | | |
| 80. | | | | | PARTIAL SELL | 10/7 | J | | |
| 81. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/03 | A | Interest | J | T | | | | | |
| 82. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | A | Interest | J | T | | | | | |
| 83. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | J | T | | | | | |
| 84. NATIONAL RURAL UTILS COOP | | None | | | SELL | 2/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. | | | | | TRANSFER OUT | 7/12 | K | | |
| 135. US TREASURY NOTES 4.25% 2014/08/15 | | | | | BUY | 6/27 | K | | |
| 136. | | | | | TRANSFER OUT | 7/12 | K | | |
| 137. IRA#3 | | | | | | | | | |
| 138. Charles Schwab - MONEY MARKET | A | Dividend | J | T | TRANFER IN | 7/12 | K | | |
| 139. | | | | | SELL | 10/28 | K | | |
| 140. US TREASURY NOTE 3% 11/15/07 | | None | | | TRANSFER IN | 7/12 | K | | |
| 141. | | | | | SELL | 7/26 | K | | |
| 142. | | | | | SELL | 8/23 | K | | |
| 143. US TREASURY NOTE 3.5% 12/15/09 | A | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 144. US TREASURY NOTE 4.25% 8/15/14 | B | Interest | M | T | TRANSFER IN | 7/12 | K | | |
| 145. | | | | | BUY | 10/13 | K | | |
| 146. | | | | | BUY | 10/31 | K | | |
| 147. US TREASURY NOTE 4.875% 2/15/12 | C | Interest | M | T | TRANSFER IN | 7/12 | M | | |
| 148. FED HOME LOAN BANK 4% 3/10/08 | A | Interest | K | T | TRANSER IN | 7/12 | K | | |
| 149. FEDERAL NATIONAL MT 4.375% 9/15/12 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 150. BANK OF AMERICA CP 5.25% 2/1/07 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████     Date 8/2/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE ██████████
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (last name, first, middle initial)<br><br>Martini, William J | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>50 Walnut Street<br>PO Box 419<br>Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Nicholas Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. Trustee | Italian American Cultural Center |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Nicholas Martini Foundation, Trustee | $ 22000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | The North Jersey Regional, Chamber of Commerce - Wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National College of Probate Judges | 5/13-5/15 Fernando Beach, FL Guest speaker at program (Transportation, Meals, and Room) |
| 2. George Mason Law School | 4/7-4/13 Tucson, Arizona Science and Law Seminar (Transportation, Meals, and Room) |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2. FEDERATED KAUFMANN FUND-K | | None | L | T | | | | | |
| 3. BROKERAGE ACCOUNT#3 | | | | | | | | | |
| 4. ALLIANCE BERNSTIEN CAPITAL RESERVE FUND | A | Dividend | | | SELL | 5/9 | J | | |
| 5. FEDERAL CAPITAL RESERVES | A | Dividend | | | BUY | 5/9 | J | | |
| 6. | | | | | TRANSFER OUT | 12/28 | J | | |
| 7. ISHARES TR RUSSELL 2000 VALUE INDEX FD | C | Dividend | | | partial sale | 11/04 | N | F | |
| 8. | | | | | transfer out | 12/28 | M | | |
| 9. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | B | Dividend | | | partial sale | 11/04 | N | F | |
| 10. | | | | | transfer out | 12/28 | L | | |
| 11. ISHARES TR MSCI EAFE INDEX FD | | None | | | BUY | 11/04 | M | | |
| 12. | | | | | TRANSFER OUT | 12/28 | M | | |
| 13. ISHARES TR RUSSELL 1000 VALUE INDEX FD | | None | | | BUY | 11/04 | M | | |
| 14. | | | | | TRANSFER OUT | 12/28 | M | | |
| 15. ISHARES TR RUSSELL 1000 GROWTH INDEX FD | | None | | | BUY | 11/04 | M | | |
| 16. | | | | | TRANSFER OUT | 12/28 | M | | |
| 17. BROKEAGE ACCOUNT#4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GENERAL GOVT SEC MNY MKT CLB | A | Dividend | | | BUY | 1/04 | J | | |
| 19. | | | | | REDEMPTION | 6/28 | J | | |
| 20. EDISON TWP N J UT 5% 1/1/06 DTD 12/1/93 CLB | A | Interest | | | TRANSFER OUT | 7/5 | J | | |
| 21. EVESHAM TWP N J BRD ED UT 4.6% 3/1/06 B/E DTD 2/1/99 | A | Interest | | | SOLD | 4/8 | K | | |
| 22. LOWER TWP N J FIRE DIST NO 3 BK QLFD UT 6.85% 2/1/08 REG | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 23. MIDDLETOWN TWP NJ BRD ED RFDG ST SCH QLFD BD ACT UT 5% | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 24. MONMOUTH CNTY N J IMPT AUTH REV RFDG CORRECTIONAL FACS 5% | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 25. MONTVILLE TWP N J FIRE DIST NO 2 BK QLFD UT 5.65% 5/1/08 | A | Interest | | | TRANSFER OUT | 7/5 | J | | |
| 26. MOUNT ARLINGTON NJ BRD ED ST SCH QLFD BD ACT BK QLFD UT 5.2% | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 27. NEW JERSEY ST ETM CTFS PARTN SER A ETM 5% 6/15/11 | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 28. NEW JERSEY ST HWY AUTH GARDEN ST PKWY GEN REV SR PKWY 6.2% | B | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 29. NORTH ARLINGTON N J SCH DIST BANK QUALIFIED UT 5.375% 8/1/13 | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 30. OCEAN CNTY N J UTILS AUTH WASTEWATER REV RFDG 5% 1/1/09 | B | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 31. NJ ST TPK AUTH TPK REV SER G ETM 5.75% 1/1/09 | A | Interest | | | PARTIAL SOLD | 1/3 | J | | |
| 32. | | | | | TRANSFER OUT | 7/5 | J | | |
| 33. RUTGERS ST UNIV NJ 5.0% 5/1/14 | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 34. STONY BROOK REGL SEW AUTH | A | Interest | | | TRANSFER | 7/5 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NJ REV RFDG SER B 5.45% 12/1/12 | | | | . | OUT | | | | |
| 35. VENTNOR CITY NJ RFDG SER C 5.0% 10/1/16 | A | Interest | | | TRANSFER OUT | 7/5 | K | | |
| 36. CASH | | | | | BUY | 6/28 | J | | |
| 37. | | | | | TRANSFER OUT | 7/5 | J | | |
| 38. BROKERAGE ACCOUNT#5 | | | | | | | | | |
| 39. CASH | A | Interest | J | T | TRANSFER IN | 7/5 | J | | |
| 40. | | | | | TRANSFER OUT | 7/29 | J | | |
| 41. | | | | | TRANSFER OUT | 8/31 | J | | |
| 42. | | | | | TRANSFER OUT | 9/30 | J | | |
| 43. | | | | | TRANSFER OUT | 11/30 | J | | |
| 44. | | | | | TRANSFER OUT | 12/30 | J | | |
| 45. EDISON TWP NJ UT5% 1/1/06 DTD 12/1/93 | | None | J | T | TRANSFER IN | 7/5 | J | | |
| 46. LOWER TWP NJ FIRE DIST NO 3 BK QLIFD UT 6.85% 2/1/08 REG | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 47. MIDDLETOWN TWP NJ 5%10 GO UTX DUE 8/1/10 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 48. MONMOUTH CNTY NJ 5% 09 IMPT AUTH DUE 8/1/10 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 49. MONTVILLE TWP NJ FIRE DIST 5.65% 5/1/08 | A | Interest | | | TRANSFER IN | 7/5 | J | | |
| 50. | | | | | SELL | 11/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. MOUNT ARLINGTON NJ 5.2% | B | Interest | | | TRANSFER IN | 7/5 | K | | |
| 52. | | | | | SELL | 10/24 | K | | |
| 53. NEW JERSEY ECONOMIC 5% DUE 02/01/15 | | None | K | T | BUY | 11/07 | K | | |
| 54. NEW JERSEY ST CTFS 5% 6/15/11 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 55. NEW JERSEY ST HWY AUTH GARDEN ST PKWY 6.2% | | None | K | T | TRANSFER IN | 7/5 | K | | |
| 56. NEW JERSEY ST TPK AUTH TPK SER G 5.75% 1/1/09 | | None | J | T | TRANSFER IN | 7/5 | J | | |
| 57. NORTH ARLINGTON NJ SCH DIST 5.375% 8/1/13 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 58. OCEAN CITY NJ BRD 5% DUE 04/01/17 | | None | K | T | BUY | 10/27 | K | | |
| 59. OCEAN CNTY J UTILS AUTH 5% 01/01/09 | | None | K | T | TRANSFER IN | 7/5 | K | | |
| 60. RUTGERS ST UNIV NJ RFDG 5% 5/1/14 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 61. STONY BROK REGL 5.45% 12/1/12 | A | Interest | | | TRANSFER IN | 7/5 | K | | |
| 62. | | | | | SELL | 11/02 | K | | |
| 63. VENTNOR CITY NJ 5% 10/1/16 | A | Interest | K | T | TRANSFER IN | 7/5 | K | | |
| 64. BROKERAGE ACCOUNT#6 | | | | | | | | | |
| 65. ISHARES TR RUSSELL 2000 GROWTH █ | A | Dividend | M | T | TRANSFER IN | 12/28 | L | | |
| 66. ISHARES TR RUSSELL 2000 VALUE █ | A | Dividend | L | T | TRANSFER IN | 12/28 | M | | |
| 67. ISHARES TR RUSSELL 1000 VALUE | B | Dividend | M | T | TRANSFER IN | 12/28 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ISHARES TR RUSSELL 1000 GROWTH | A | Dividend | M | T | TRANSFER IN | 12/28 | M | | |
| 69. ISHARES TR MSCI EAFE FD | C | Dividend | M | T | TRANSFER IN | 12/28 | M | | |
| 70. CASH | A | Interest | K | T | TRANSFER IN | 12/28 | J | | |
| 71. IRA#2 | | | | | | | | | |
| 72. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 73. BANK AMER CORP NT | A | Interest | J | T | | | | | |
| 74. CITIGROUP INC GLOBAL NT 5.5% 8/9/06 | A | Interest | | | SELL | 7/26 | J | | |
| 75. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | A | Interest | | | SELL | 8/12 | J | | |
| 76. FORD MTR CR CO BLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | A | Interest | J | T | | | | | |
| 77. GENERAL DYNMAICS CORP DEB 3% 5/15/08 | A | Interest | J | T | | | | | |
| 78. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | A | Interest | J | T | | | | | |
| 79. | | | | | BUY | 1/7 | J | | |
| 80. | | | | | PARTIAL SELL | 10/7 | J | | |
| 81. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/03 | A | Interest | J | T | | | | | |
| 82. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | A | Interest | J | T | | | | | |
| 83. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | J | T | | | | | |
| 84. NATIONAL RURAL UTILS COOP | | None | | | SELL | 2/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FIN CORP COLL TR BD 6% 5/15/06 | | | | | | | | | |
| 85. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | A | Interest | J | T | | | | | |
| 86. UNITED STATES TREAS NOTES 4.875% 2/15/12 | B | Interest | K | T | | | | | |
| 87. UNITED STATES TREAS NOTES 3% 11/15/07 | A | Interest | J | T | PARTIAL SELL | 6/27 | K | | |
| 88. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.375% 9/15/2012 | A | Interest | J | T | | | | | |
| 89. GOLDMAN SACHS 4.125% 2008/1/15 | A | Interest | J | T | | | | | |
| 90. BEAR STERNS CO INC 5.7% 2007/1/15 | A | Interest | J | T | | | | | |
| 91. GENERAL MOTORS ACCEPT CORP 4.5% 2006/7/15 | | None | | | SELL | 1/7 | J | | |
| 92. US TREASURY NOTES 3.5% 2009/12/15 | A | Interest | J | T | | | | | |
| 93. CIT GROUP INC 5.5% 2007/11/30 | A | Interest | J | T | BUY | 2/8 | J | | |
| 94. INTERNATIONAL LEASE FIN CORP NT 5% 4/15/10 | A | Interest | J | T | BUY | 8/12 | J | | |
| 95. US TREASURY 4.25% 2014/08/15 | A | Interest | K | T | BUY | 6/27 | K | | |
| 96. | | | | | BUY | 10/7 | J | | |
| 97. SBC COMMUNICATIONS 4.125% 2009/09/15 | A | Interest | J | T | BUY | 7/26 | J | | |
| 98. VALLEY NATIONAL BANK | A | Interest | J | T | | | | | |
| 99. VARIABLE LIFE #1 | | None | M | T | | | | | |
| 100. EQUITABLE - SEP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. Present 401(K) | A | Interest | J | T | BUY | 1/1 | J | | |
| 102. Prior 401(K) | B | Interest | N | T | | | | | |
| 103. IRA#1 | | | | | | | | | |
| 104. PERSHING GOVT ACCOUNT | A | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 105. FNMA GTD MTG PASS CTFS POOL#254048 6.5% 11/01/16 | A | Interest | | | TRANSFER OUT | 7/12 | J | | |
| 106. BANK AMER CORP NT 5.25% 2/1/07 | B | Interest | | | TRANFER OUT | 7/12 | L | | |
| 107. CITI GROUP INC GLOBAL NT 5.5% 8/9/06 | B | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 108. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | B | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 109. FORD MTR CR CO GLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | B | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 110. GENERAL DYNAMICS CORP DEB 3.0% 5/15/08 | A | Interest | | | TRANSER OUT | 7/12 | K | | |
| 111. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | | None | | | SELL | 2/8 | L | | |
| 112. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | B | Interest | | | | | | | |
| 113. | | | | | BUY | 1/7 | J | | |
| 114. | | | | | TRANSFER OUT | 7/12 | K | | |
| 115. GENERAL MTRS ACCEP CORP NOTES 4.5% 7/15/06 | | None | | | SELL | 1/7 | J | A | |
| 116. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/2008 | A | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 117. HOUSEHOLD FIN CORP GEN | B | Interest | | | TRANSFER | 7/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TERM NTS N/C 6.4% 6/17/08 | | | | | OUT | | | | |
| 118. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | B | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 119. NATIONAL RURAL UTILS COOP FIN CORP COLL TR BD 6% 5/15/06 | B | Interest | | | SELL | 4/4 | K | | |
| 120. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | B | Interest | | | TRANSFER OUT | 7/12 | K | | |
| 121. UNITED STATES TREAS NOTES 4.875% 2/15/12 | C | Interest | | | TRANSFER OUT | 7/12 | M | | |
| 122. UNITED STATES TREAS NOTES 3.0% 11/15/07 | B | Interest | | | PARTIAL SELL | 1/10 | L | | |
| 123. | | | | | TRANSFER OUT | 7/12 | K | | |
| 124. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.375% 9/15/2012 | B | Interest | | | | | | | |
| 125. | | | | | BUY | 3/30 | K | | |
| 126. | | | | | TRANSFER OUT | 7/12 | L | | |
| 127. GOLDMAN SACHS 4.125% 2008/1/15 | B | Interest | | | TRANSFER OUT | 7/12 | L | | |
| 128. BEAR STEARNS CO INC 5.7% 2007/01/15 | B | Interest | | | TRANSFER OUT | 7/12 | L | | |
| 129. US TREASURY NOTES 3.5% 2009/12/15 | A | Interest | | | BUY | 1/10 | L | | |
| 130. | | | | | TRANSFER OUT | 7/12 | L | | |
| 131. CIT GROUP INC 5.5% 2007/11/30 | A | Interest | | | BUY | 2/8 | L | | |
| 132. | | | | | TRANFER OUT | 7/12 | L | | |
| 133. FEDERAL HOME LOAN BANK 4% 2008/03/10 | | | | | BUY | 4/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. | | | | | TRANSFER OUT | 7/12 | K | | |
| 135. US TREASURY NOTES 4.25% 2014/08/15 | | | | | BUY | 6/27 | K | | |
| 136. | | | | | TRANSFER OUT | 7/12 | K | | |
| 137. IRA#3 | | | | | | | | | |
| 138. MONEY MARKET | A | Dividend | J | T | TRANFER IN | 7/12 | K | | |
| 139. | | | | | SELL | 10/28 | K | | |
| 140. US TREASURY NOTE 3% 11/15/07 | | None | | | TRANSFER IN | 7/12 | K | | |
| 141. | | | | | SELL | 7/26 | K | | |
| 142. | | | | | SELL | 8/23 | K | | |
| 143. US TREASURY NOTE 3.5% 12/15/09 | A | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 144. US TREASURY NOTE 4.25% 8/15/14 | B | Interest | M | T | TRANSFER IN | 7/12 | K | | |
| 145. | | | | | BUY | 10/13 | K | | |
| 146. | | | | | BUY | 10/31 | K | | |
| 147. US TREASURY NOTE 4.875% 2/15/12 | C | Interest | M | T | TRANSFER IN | 7/12 | M | | |
| 148. FED HOME LOAN BANK 4% 3/10/08 | A | Interest | K | T | TRANSER IN | 7/12 | K | | |
| 149. FEDERAL NATIONAL MT 4.375% 9/15/12 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 150. BANK OF AMERICA CP 5.25% 2/1/07 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. BEAR STEARNS CO 5.7% 1/15/07 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 152. CIT GROUP HLDGS 5.5% 11/30/07 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 153. DAIMLER-CHRYSLER 6.4% 5/15/06 | | None | | | TRANSFER IN | 7/12 | K | | |
| 154. | | | | | SELL | 8/12 | K | | |
| 155. FORD MOTOR CR CO 6.875% 2/1/06 | B | Interest | K | T | TRANSFER IN | 7/12 | K | | |
| 156. GENERAL DYNAMICS CO 3% 5/15/08 | A | Interest | K | T | TRANSFER IN | 7/12 | K | | |
| 157. GENERAL MTRS ACCEPT 6.75% 1/15/06 | B | Interest | | | TRANSFER IN | 7/12 | K | | |
| 158. | | | | | SELL | 10/7 | K | | |
| 159. GOLDMAN SACHS 4.125% 1/15/08 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 160. HEWLETT PACKARD 3.625% 3/15/08 | B | Interest | K | T | TRANSFER IN | 7/12 | K | | |
| 161. HOUSEHOLD FIN CP 6.4% 6/17/08 | B | Interest | L | T | TRANSFER IN | 7/12 | L | | |
| 162. INTL LEASE FINANCE 5% 4/15/10 | B | Interest | K | T | BUY | 8/12 | K | | |
| 163. JP MORGAN CHASE 5.35% 3/1/07 | B | Interest | K | T | TRANSFER IN | 7/12 | K | | |
| 164. KRAFT FOODS INC 5.25% 6/1/07 | A | Interest | K | T | BUY | 8/23 | K | | |
| 165. PITNEY BOWES CR 5.75% 8/15/08 | B | Interest | K | T | TRANSFER IN | 7/12 | K | | |
| 166. SBC COMMUNICATIONS 4.125% 9/15/09 | B | Interest | L | T | BUY | 7/26 | L | | |
| 167. FNMA PL#254048 6.5% 11/01/16 | A | Interest | J | T | TRANSFER IN | 7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. CITI GROUP INC 5.5% 8/9/06 | | None | | | TRANSFER IN | 7/12 | K | | |
| 169. | | | | | SELL | 7/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544